# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3032
_____

ROSS DAVID EMERY JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.


July 7, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ross David Emery, Jr., pro se, Appellant.

James Uthmeier, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.